PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL NO. 219 COMBINED FUNDS, INC., | ) ) ) |
| Plaintiff, | ) CASE NO. 4:24-CV-01417 ) |
| v. | ) JUDGE BENITA Y. PEARSON ) |
| BIM DESIGNS, INC., | ) **MEMORANDUM OF OPINION** ) **AND ORDER** |
| Defendant. | ) [Resolving ECF No. 10] |

The Court consider Plaintiff's Motion for Default Judgment under Fed. R. Civ. P. 55(b)(2).  *See* ECF No. 10.  It has reviewed the docket, affidavits, policies, agreements, supporting memorandum, and applicable law.  *See* ECF Nos. 10–1, 10–2, 10–3, 10–4, 10–5, 10–6, 10–7, and 10–8.  The Motion is granted for the reasons herein.

## (I) DISCUSSION

Plaintiff Plumbers & Pipefitters Local No. 219 Combined Funds, Inc. sued Defendant BIM Designs, Inc. on August 20, 2024 under 29 U.S.C. §§ 1132 and 1145 of the Employee Retirement Income Security Act ("ERISA") and 29 U.S.C. § 185 of the Labor Management Relations Act ("LMRA").  *See* ECF No. 1.  Therein, Plaintiff alleged (1) breach of contract for a payroll compliance audit and (2) breach of contract for unpaid contributions.  ECF No. 1 at PageID ##: 4–6 ¶¶ 17–27.  Defendant was served process (*see* ECF No. 6) yet failed to plead or defend, leading to entry of default on October 23, 2024.  *See* ECF No. 8; Fed. R. Civ. P. 55(a); Fed. R. Civ. P. 4(e)(1); N.D. Ohio Civ. R. 4.2(c).  Plaintiff moved for default judgment on

(4:24-CV-01417)

August 5, 2025—nearly one year later.  *See* ECF No. 10; Fed. R. Civ. P. 55(b)(2).  Under 29 U.S.C. § 1132(g)(2), Plaintiff is entitled to: (1) unpaid contributions, deductions, and dues totaling $38,838.52; (2) liquidated damages totaling $3,883.85; and (3) attorneys' fees and costs totaling $10,081.01.  *See* ECF No. 10 at PageID #: 71 ¶ A.  The Court finds these costs reasonable and that no further relief would be just or equitable under 29 U.S.C. § 1132(g)(2)(E).

### (II) CONCLUSION

Plaintiff's Motion for Default Judgment (*see* ECF No. 10) is granted.  Judgment shall be entered in favor of Plumbers & Pipefitters Local No. 219 Combined Funds, Inc. and against BIM Designs, Inc. in the amount of $52,803.38.[1]  The Clerk of Court shall issue a copy of this Order by regular mail to:

> BIM Designs, Inc.
> Attn: Mark T. Oden, Registered Agent
> 4517 North 12th Street
> Phoenix, Arizona 85014

A separate default judgment shall issue.

    IT IS SO ORDERED.

| November 14, 2025 | */s/ Benita Y. Pearson* |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[1] Plaintiff incorrectly calculated the aggregate amount as $52,803.39.  ECF No. 10 at PageID #: 71 ¶ A.  That figure is corrected herein.